# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JUNE 5, 2025

## NO. 03-24-00328-CR

**Terrance Odel Cruder, Jr., Appellant**

**v.**

**The State of Texas, Appellee**

---

**APPEAL FROM COUNTY COURT AT LAW NO. 3 OF WILLIAMSON COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
AFFIRMED -- OPINION BY JUSTICE CRUMP**

---

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the judgment. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.